FILED16 APR '24 16:19USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**RAHEIM ANTONE CARTER,**

**Defendant.**

**3:24-cr-00162-HZ**

**INDICTMENT**

**18 U.S.C. § 2119(1)**
**18 U.S.C. § 924(c)(1)(A)**
**18 U.S.C. § 922(g)(1)**

**Forfeiture Allegation**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Carjacking)**
**(18 U.S.C. § 2119(1))**

On or about March 15, 2024, within the District of Oregon, defendant **RAHEIM ANTONE CARTER** took a motor vehicle, to wit: a 2013 Toyota RAV4, that had been transported, shipped, and received in interstate or foreign commerce, from and in the presence of another, to wit: Adult Victim 1 (AV1), by force, violence, and intimidation, with the intent to cause death and serious bodily harm;

In violation of Title 18, United States Code, Section 2119(1).

//

**COUNT 2**
**(Use and Carry of a Firearm During and in Relation to a Crime of Violence)**
**(18 U.S.C. § 924(c)(1)(A))**

On or about March 15, 2024, within the District of Oregon, defendant **RAHEIM ANTONE CARTER** did knowingly use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Carjacking (as alleged in Count 1);

The Grand Jury further charges, pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), that defendant brandished the firearm during and in relation to Carjacking (as alleged in Count 1);

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 3**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about March 15, 2024, in the District of Oregon, defendant **RAHEIM ANTONE CARTER**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1. Felon in Possession of a Firearm, on or about November 16, 2021, in the State of Oregon, Lane County Circuit Court, Case Number 21-CR-44421;
2. Bank Robbery, on or about October 3, 2006, in the United States District Court for the District of Oregon, Case Number 6:06-cr-60020-1;

did knowingly and unlawfully possess the following firearm: a 9mm caliber Smith and Wesson semi-automatic pistol, model SW9VE, bearing serial number DUH3097, and said firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 1 through 3, defendant **RAHEIM ANTONE CARTER** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in those offenses and all associated ammunition.

Dated: April 16, 2024

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney

for

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney